| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Tinder, John D | 2. Court or Organization Seventh Circuit Court of Appeals | 3. Date of Report 07/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 46 East Ohio Street, Room 304 Indianapolis, IN 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Indianapolis Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG -6 A 11: 04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Bank Account | | | | | Closed | 1/19 | J | | |
| 2. First Indiana Bank - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 3. Barnes & Thornburg Profit Sharing Plan | | None | O | T | | | | | |
| 4. -Vanguard Institutional Index Mutual Fund | | | | | Buy-Monthly | | J | | |
| 5. -Harbor Cap Apprec Mutual Fund | | | | | Buy-Monthly | | J | | |
| 6. -Fidelity Small Cap Stock Mutual Fund | | | | | Buy-Monthly | | J | | |
| 7. -William Blair Intl Gr I | | | | | Buy-Monthly | | J | | |
| 8. -Bernstein Strategic Value(P) | | | | | Buy-Monthly | | J | | |
| 9. -Templeton Inst Forgn Eq | | | | | Buy-Monthly | | J | | |
| 10. United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 11. A.H. Belo Common Stock | A | Dividend | K | T | | | | | |
| 12. Colgate Palmolive Common Stock | A | Dividend | L | T | | | | | |
| 13. Northwestern Mutual Life Ins Co (Annuity) | A | Dividend | L | T | | | | | |
| 14. -Franklin Tmpltn Intl Eq Mutual Fund | | | | | | | | | |
| 15. -Balanced Mutual Fund | | | | | | | | | |
| 16. -Index 500 Stock Mutual Fund | | | | | | | | | |
| 17. -Mid Cap Growth Stock Mutual Fund-Footnote 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Treasury Notes | C | Interest | K | T | | | | | |
| 19. Series EE Savings Bond Purchased 1992 | B | Interest | K | T | | | | | |
| 20. Series EE Savings Bonds Purchased 1993 | B | Interest | K | T | | | | | |
| 21. Series EE Savings Bonds Purchased 1994 | B | Interest | K | T | | | | | |
| 22. Vanguard - IRA #2 | D | Dividend | N | T | | | | | |
| 23. -Vanguard 500 Index Fund | | | | | | | | | |
| 24. -Vanguard LT Treasury Fund Admiral Shares | | | | | Buy | 1/26 | J | | |
| 25. Vanguard - IRA #3 | C | Dividend | M | T | | | | | |
| 26. -Vanguard 500 Index Fund-Footnote #2 | | | | | Sale | 5/3 | L | | |
| 27. -Vanguard Telecommunication Services Index Fd Admiral Shares | | | | | Buy | 5/3 | L | | |
| 28. Vanguard Brokerage Account #1 | | | | | | | | | |
| 29. -Vanguard 500 Index Fund Admiral -Footnote #2 | D | Dividend | N | T | | | | | |
| 30. -Vanguard Allocation Fund | A | Dividend | J | T | | | | | |
| 31. -Vanguard Target Retirement 2015-65% | A | Dividend | J | T | | | | | |
| 32. -Vanguard Equity Income Fund | A | Dividend | J | T | | | | | |
| 33. -Vanguard European Stock Index | A | Dividend | J | T | | | | | |
| 34. -Vanguard REIT Index Fund Adm | A | Dividend | K | T | Buy | 2/27 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Vanguard Telecom Services Idx Adm | C | Dividend | M | T | | | | | |
| 36.   -Vanguard Value Index Fund | A | Dividend | J | T | | | | | |
| 37.   -Vanguard Windsor II Fund | B | Dividend | J | T | | | | | |
| 38.   Vanguard Brokerage Account #2 | | | | | | | | | |
| 39.   -Vanguard Health Care Fund | D | Dividend | L | T | | | | | |
| 40.   -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 41.   -Vanguard Total Stock Mkt Idx | B | Dividend | L | T | | | | | |
| 42.   Starbucks Corp. Common Stock | | None | K | T | | | | | |
| 43.   National Bank of Indpls. Accounts-Footnote #3 | E | Interest | P1 | T | | | | | |
| 44.   Prudent Bear Fund No Load | A | Dividend | K | T | | | | | |
| 45.   Merrill Lynch Account #1 | | | | | | | | | |
| 46.   -ML Cash Management Account | A | Interest | K | T | | | | | |
| 47.   -Cisco Systems Inc | | None | | | Sale | 4/30 | J | B | |
| 48.   -Clough GLBL Opptys | A | Dividend | | | Sale | 5/17 | J | A | |
| 49.   Idearc Inc | A | Dividend | | | Sale | 4/30 | J | A | |
| 50.   -Ishares Dow Jones US Healthcare Sector Index | A | Dividend | | | Sale | 5/17 | J | B | |
| 51.   -Ishares FTSE Xinhua HK China 25 Index Fd | A | Dividend | | | Sale | 4/30 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Ishares MSCI Eafe Index Fund | | None | | | Sale | 5/17 | J | C | |
| 53. -Ishares MSCI Emerging Mkts Index Fund | | None | | | Partial Sale | 4/30 | J | C | |
| 54. | | | | | Sale | 5/17 | J | B | |
| 55. -Ishares Russell Midcap Index Fund | A | Dividend | | | Sale | 5/17 | J | B | |
| 56. -Ishares S&P Global 100 Index Fund | | None | | | Sale | 5/17 | J | B | |
| 57. -Ishares Trust Dow Jones Select Divid Index Fd | A | Dividend | | | Sale | 5/17 | J | A | |
| 58. -Monsato Co New Del Com | A | Dividend | | | Sale | 4/30 | J | B | |
| 59. -Powershares ETF Dynamic Biotech and Geno | | None | | | Sale | 5/17 | J | A | |
| 60. -Powershares ETF TR Aerospace and Defense | A | Dividend | | | Sale | 9/18 | J | A | |
| 61. -Powershares ETF Tr Dynamic Ins Portfolio | A | Dividend | | | Sale | 9/18 | J | A | |
| 62. -Powershares Listed Priv Equity Portfolio | A | Dividend | | | Sale | 11/16 | J | A | |
| 63. -Powershares Tr Dynamic Lrg Cap Grwth Port | | None | | | Sale | 9/18 | J | A | |
| 64. -Sirius Satellite Radio | | None | | | Sale | 4/30 | J | A | |
| 65. -Verizon Communications | A | Dividend | | | Sale | 4/30 | J | B | |
| 66. -Blackrock Global Horizons LP | | None | K | T | | | | | |
| 67. -Ishares MSCI Japan Index fund | | | | | Buy | 4/30 | J | | |
| 68. | | | | | Sale | 11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 07/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ML&Co ARN SX5E | | | | | Buy | 5/10 | J | | |
| 70. | | | | | Partial Sale | 11/16 | J | A | |
| 71. | | | | | Sale | 11/16 | J | A | |
| 72. ML&Co ARN GCIB | | | | | Buy | 5/10 | J | | |
| 73. | | | | | Sale | 9/18 | J | A | |
| 74. Zionsville IN Cmnty Schs 0% Bonds-Footnote #4 | | None | L | T | | | | | |
| 75. Merrill Lynch Account #2- Footnote #4 | | | | | | | | | |
| 76. -AES Corp | | None | | | Sale | 5/1 | K | D | |
| 77. -Nuveen Dividend Adv Muni Fund 2 | A | Dividend | | | Sale | 5/17 | K | B | |
| 78. -Ind. Fina. Auth. NCAA Bonds | A | Interest | | | Sale | 5/17 | J | A | |
| 79. -Zionsville In Cmnty Schs 0% Bonds_Footnote #4 | | | | | | | | | |
| 80. Northwestern Mutual Whole Life Ins | C | Dividends | L | T | | | | | |
| 81. National Bank of Indianapolis - IRA (CD) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Footnote #1 (Sec VII, Item 17) Effective 4/30/07 this investment change names from Aggressive Growth Stock to Mid Cap Growth Stock.

Footnote #2 (Sec VII, Items 26 & 29) This investment changed names from Vanguard 500 Index Fund Admiral Shares to Vanguard 500 Index Fund Investor Shares.

Footnote #3 (Sec VII, Item 43) On prior reports National Bank of Indianapolis CDs listed separately, on this report CDs listed in aggregate with other cash equivalent accounts at National Bank of Indianapolis.

Footnote #4 (Sec VII, Items 74, 75 & 79) Merril Lynch Account #2 closed 5/17 Zionsville In Comnty Schs 0% Bonds transfer to Merril Lynch Account #1.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tinder, John D | 07/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA~~~~~~~REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544